# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

_____

**No. ACM S32455**

_____

**UNITED STATES**
*Appellee*

**v.**

**Austin R. D. OURSO**
Airman (E-2), U.S. Air Force, *Appellant*

_____

Appeal from the United States Air Force Trial Judiciary

Decided 8 August 2017

_____

*Military Judge:* Mark W. Milam.

*Approved sentence:* Bad-conduct discharge, confinement for 5 days, and re-duction to E-1. Sentence adjudged 18 January 2017 by SpCM convened at McConnell Air Force Base, Kansas.

*For Appellant:* Major Annie W. Morgan, USAF.

Before DREW, MAYBERRY, and DENNIS, *Appellate Military Judges*.

_____

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

_____

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court